
```
h972issC kjc
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  UNITED STATES OF AMERICA,              New York, N.Y.
4           v.                            17 Cr. 74(CM)
5  IBRAHIM ISSA,
6                Defendant.
7  ------------------------------x
8                                         September 7, 2017
                                          3:00 p.m.
9
10 Before:
11              HON. COLLEEN McMAHON,
12                                         Chief Judge
13
14
                         APPEARANCES
15
   JOON H. KIM
16      Acting United States Attorney for
        the Southern District of New York
17 BY: ELIZABETH A. HANFT
        Assistant United States Attorney
18
19 BRAFMAN & ASSOCIATES, P.C.
        Attorney for Defendant
20 BY: JOSHUA KIRSHNER
21
22
23
24
25

                  SOUTHERN DISTRICT REPORTERS, P.C.
                          (212) 805-0300

1               (Case called)
2               MS. HANFT:  Good afternoon, your Honor.  Elizabeth
3      Hanft for the government.
4               MR. KIRSHNER:  Good afternoon, your Honor.  Joshua
5      Kirshner for the defendant, Ibrahim Issa, who is present in
6      court today.
7               THE COURT:  Good afternoon.  Sorry I kept you waiting.
8               Where are we in this case?
9               MS. HANFT:  Well, your Honor, discovery has been
10     produced to defense counsel.  We have been in some discussions.
11     I believe, I anticipate that the defense will be asking the
12     court to put this conference over for another month.
13              THE COURT:  This is not the most complicated case in
14     the planet and nothing has happened.  It is criminal case
15     number 74 filed this year.
16              MS. HANFT:  Understood, your Honor.  If your Honor
17     would like to set a motion deadline and/or a trial date, that's
18     fine.
19              THE COURT:  I intend to set both.
20              MS. HANFT:  Okay.
21              THE COURT:  Yes, sir.
22              MR. KIRSHNER:  Thank you, your Honor.
23              The only reason we would be asking for a little bit of
24     additional time to set the motion schedule is the government
25     has indicated to us that they may supersede with largely

Case 1:17-cr-00074-CM   Document 26   Filed 10/02/17   Page 3 of 4

3

h972issC  kjc

1  unrelated charges, in which case we wouldn't want to have two
2  rounds of motions.
3          THE COURT:  I certainly won't want to do that either,
4  but maybe I will put the government's feet to the fire.
5          MS. HANFT:  Yes, your Honor.
6          The only thing I can say at this time is that in all
7  cases we continue to investigate and we are still deciding
8  whether or not to supersede with the tax charges, as we have
9  informed defense counsel.
10          Certainly these charges will still remain.
11          THE COURT:  Well, that I understand.  You are
12  considering adding tax charges.
13          Look, I'm setting the following schedule in this case:
14          Defense motions by October 27; government response by
15  November 9; defense reply November 17.  Let's also set a
16  conference date in December, which will be a decision date on
17  the motions.
18          THE DEPUTY CLERK:  Thursday, November 14.
19          MS. HANFT:  That works for the government, your Honor.
20          THE COURT:  4:00.
21          MR. KIRSHNER:  That's fine, your Honor.
22          THE COURT:  Okay.  And time is excluded until then in
23  the interests of justice, the defendant's interest in a speedy
24  trial being outweighed both by counsels' request for additional
25  time and by the need to get motions made and decided.

(212) 805-0300

1           And then we will be looking, I imagine, at a late
2  March/early April trial date, which I will get out to you in
3  writing.
4           MR. KIRSHNER:  Thank you, your Honor.
5           THE COURT:  Okay?  Okay.  I don't want the government
6  to supersede in February.
7           MS. HANFT:  Understood, your Honor.
8           THE COURT:  Thank you.
9           Okay.  Thank you very much.
10          MS. HANFT:  Thank you, your Honor.
11                                oOo