# BRAFMAN & ASSOCIATES, P.C.

ATTORNEYS AT LAW
767 THIRD AVENUE, 26TH FLOOR
NEW YORK, NEW YORK 10017
TELEPHONE: (212) 750-7800
FACSIMILE: (212) 750-3906
E-MAIL: BBRAFMAN@BRAFLAW.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/27/17

**MEMO ENDORSED**

BENJAMIN BRAFMAN

ANDREA ZELLAN
JOSHUA D. KIRSHNER
JACOB KAPLAN
TENY R GERAGOS
ADMITTED IN NY AND CA

MARK M. BAKER
OF COUNSEL

MARC AGNIFILO
OF COUNSEL
ADMITTED IN NY AND NJ

November 22, 2017

11/27/17
Granted
[signature: Colleen McMahon]

**VIA ECF**
Hon. Colleen McMahon
Chief U.S. District Judge
United States District Court
Southern District of New York
500 Pearl St.
New York, NY 10007

Re: **United States v. Ibrahim Issa**
    17 Cr. 74 (CM)

Dear Judge McMahon:

We represent defendant Ibrahim Issa in the above-captioned case. We write, with the consent of the Government, to request a brief extension of motion schedule that currently requires us to submit our motions on November 27, 2017. The reason for this request is because of a recent death in my family. Accordingly, we request that we be permitted to submit our motions on December 1, 2017, the Government can respond on December 15, 2017, and we will reply by January 3, 2018.

Thank you for your courtesy in this and all other matters.

Very truly yours

/s/
Joshua D. Kirshner

cc: All counsel (via ECF)