IC3HISS1

1 | UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

2 | ------------------------------x

3 | UNITED STATES OF AMERICA,

4 |           v.                          17 Cr. 74 (CM)

5 | IBRAHIM ISSA,

6 |                                       Trial
                    Defendant.

7 | ------------------------------x

8 |
                                        New York, N.Y.
9 |                                     December 3, 2018
                                        11:00 a.m.

10 |

11 | Before:

12 |                    HON. COLLEEN MCMAHON,

13 |                                       District Judge

14 |                        APPEARANCES

15 | GEOFFREY S. BERMAN
        United States Attorney for the
16 |    Southern District of New York
     NOAH SOLOWIEJCZYK
17 | ELIZABETH HANFT
     KYLE WIRSHBA
18 |    Assistant United States Attorneys

19 | BRAFMAN & ASSOCIATES, P.C.
        Attorneys for Defendant
20 | BY:  BENJAMIN BRAFMAN
        JOSHUA D. KIRSHNER
21 |    STUART GOLD

22 | ALSO PRESENT:    ANTHONY DUBAR, Special agent USPS-OIG
                     GRACE SOTO, Special agent IRS
23 |                  COLLEEN GEIER, Paralegal Specialist USAO
                     PRIYA KUARLALL PRASAD, Paralegal

24 |

25 |

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300

IC3HISS1

1          (Case called)

2          THE LAW CLERK:  Your appearances, please.

3          MR. SOLOWIEJCZYK:  Good morning, your Honor.  Noah

4   Solowiejczyk on behalf of the government.  I'm joined at

5   counsel table by AUSAs Elizabeth Hanft and Kyle Wirshba and

6   also Colleen Geier and Special Agents Anthony Dubar and Grace

7   Soto.

8          MR. BRAFMAN:  Good morning, your Honor.  Benjamin

9   Brafman, for Ibrahim Issa, who is present.  Mr. Josh Kirshner

10  and Stuart Gold as counsel, and Priya Kuarlall Prasad, who is a

11  paralegal.

12         THE COURT:  Good morning.  Have a seat.

13         I'm sorry everything has taken so long.  Folks who are

14  sitting where you're sitting, I can't have you sitting there

15  during jury selection because there will be jurors there.  If

16  you wouldn't mind moving to the back right, I would be very

17  grateful.  As soon as we get the jury selected, you can come up

18  to better seats.

19         MR. BRAFMAN:  Thank you, your Honor.

20         THE COURT:  Anywhere in the back is fine.

21         The first order of business is to put on the record

22  that as of two minutes ago, the United States District Court

23  for the Southern District of New York will be closed on

24  Wednesday in commemoration of the passing of former President

25  George Herbert Walker Bush.  So we will not be on trial on

IC3HISS1

1    Wednesday.  Unfortunately, we can't make up that day on Friday.

2    I apologize, but I am going to my nephew's wedding so we will

3    simply have to carry on.

4             All right.  I have a letter from the government asking

5    that I order the defense not to open on the issue of

6    entrapment.

7             MR. BRAFMAN:  We have come to an agreement, your

8    Honor, well before the letter.  I advised the government I will

9    not be opening on entrapment.

10            THE COURT:  That's good, Mr. Brafman.  Thank you.

11            I have jurors finally.  OK.

12            MR. BRAFMAN:  Your Honor, could I just add one thing

13   that also I've advised the government?  There is an issue of

14   inducement, not for entrapment, but there is an issue of

15   inducement that I do intend to argue because it impacts on the

16   defendant's state of mind and on the issue of intent, so I am

17   not going to argue entrapment.

18            THE COURT:  Good, because there are few issues I know

19   more about than entrapment and few judges who know more about

20   entrapment than I do.  I lived with the ultimate entrapment

21   case for several years, and this case ain't that case.

22            MR. BRAFMAN:  I intend not to waste your Honor's time

23   on argue issues that I don't think are relevant.

24            THE COURT:  Thank you.  Great.

25            We have 80 jurors, which I think is way more than we

IC3HISS1

1    need.  So what I'm proposing to do, as you know, 20 in the box,

2    30 on the left, we'll put 30 on the right.  We'll prescreen

3    with them, but then when I start asking people to read from the

4    questionnaire, we'll only ask the first 50.

5              Let's do it.

6              THE LAW CLERK:  Bring in the prospective jurors, your

7    Honor?

8              THE COURT:  Yes.

9              MR. BRAFMAN:  Do we stand, your Honor?

10             THE COURT:  You don't have to, Mr. Brafman.

11             (Jury selection followed)

12             (Adjourned to December 4, 2018, at 9:30 a.m.)

13

14

15

16

17

18

19

20

21

22

23

24

25